
FILED
FEB 28 2011
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By:_____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV 11-057-SPS JHP |
| NICK ALAN PREWITT, | ) |
| Defendant. | ) |

## AGREED JUDGMENT

This matter comes on for consideration this 28th day of February, 2011, the plaintiff, United States of America, on behalf of its agency Farm Service Agency ("FSA"), appearing by Mark F. Green, United States Attorney for the Eastern District of Oklahoma, Jeanette Windsor and Susan Stidham Brandon, Assistant United States Attorneys, and the defendant, Nick Alan Prewitt, state as follows:

1. In order to avoid further litigation, the parties have entered into an agreement set forth as follows:

   a. Defendant is indebted to FSA in the amount of $171,684.82 and judgment is hereby entered against him in the principal amount of $171,684.82;

   b. In order to satisfy said judgment in the amount of $171,684.82, defendant shall make monthly payments to the United States Department of Justice, c/o United States Attorney for the Eastern District of Oklahoma, 1200 West Okmulgee Avenue, Muskogee, Oklahoma 74401. The amount of the

monthly payment will be determined based on defendant's financial ability which will be reviewed annually. Interest will accrue on the principal balance at the legal rate until paid in full. The legal rate will be determined at the time of the filing of this Agreed Judgment.

c. Defendant agrees to voluntarily participate in the Treasury Offset Program whereby the amount of any federal monies scheduled be paid to Defendant will be applied to the debt owed to FSA.

d. Defendant may pay more than the minimal monthly installment payment without penalty.

e. If defendant becomes more than thirty (30) days delinquent on his monthly installment, he will be considered to be in default and the United States will then be entitled to pursue collection of this debt by any legal process.

f. The defendant's first minimal monthly installment shall be due on or before February 15, 2011, with subsequent monthly payments due on or before the 15th day of each successive month until the debt is satisfied.

g. Each side will bear their respective cost and attorney fees.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the United States of America, has judgment against the defendant in the principal sum of $171,684.82. Payments toward said judgment shall be made with minimal monthly payments beginning on February 15, 2011, and continuing until such time as the judgment amount is paid in full.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the legal rate of interest is determined to be 0.29 % at the time of filing of the Agreed Judgment and that if the defendant fails to maintain the minimal monthly payments, the United States is entitled to pursue the collection of the debt by any legal process available.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

_____
JEANETTE WINDSOR/ROBERT GAY GUTHRIE
SUSAN STIDHAM BRANDON
Assistant U.S. Attorney
1200 West Okmulgee Avenue
Muskogee, OK 74401-6848
Telephone (918) 684-5100
Facsimile (918) 684-5130
Jeanette.Windsor@usdoj.gov
Susan.Brandon@usdoj.gov
gay.guthrie@usdoj.gov

_____
NICK ALAN PREWITT
Defendant